■ Barbara A. Sherlock, as Guardian ad Litem of Stephen T. Sherlock, Appellant, v Niagara Mohawk Power Corporation, Defendant, and Brookwood Management Company et al., Respondents. (Action No. 1.) Rita M. Vault, Individually and as Administratrix of the Estate of Danny W. Vault, Deceased, Appellant, v Niagara Mohawk Power Corporation, Defendant, and Brookwood Management Company et al., Respondents. (Action No. 2.) Richard W. Keeler, Appellant, v Niagara Mohawk Power Corporation, Defendant, and Brookwood Management Company et al., Respondents. (Action No. 3.) (And Another Action.)—Order unanimously affirmed without costs (see, Staples v Town of Amherst, 146 AD2d 292). (Appeal from order and judgment of Supreme Court, Onondaga County, Miller, J.—summary judgment.) Present—Dillon, P. J., Callahan, Denman, Green and Davis, JJ.